1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

BILL SCHROEDER

11                         Plaintiff,                    No.  2: 12-cv-0332 MCE CKD

12              vs.

13

27TH DISTRICT AGRICULTURAL ASSOC.          ORDER

14                         Defendant.

15  _____/

16          The parties and counsel met together in settlement conference on October 10,

17  2012.  Settlement was reached; appearances as well as the terms of the settlement were placed on

18  the record.

19          All previously scheduled dates are vacated.  Dispositional papers shall be filed no

20  later than November 10, 2012.

21  DATED: October 10, 2012

22                         /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

23

24

25

26

                              1