1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BILL SCHROEDER
                         Plaintiff,                    No.  2: 12-cv-0332 MCE CKD

12            vs.

13
     27TH DISTRICT AGRICULTURAL ASSOC.          ORDER
14                      Defendant.

15   _____/

16         The parties and counsel met together in settlement conference on October 10,

17   2012.  Settlement was reached; appearances as well as the terms of the settlement were placed on

18   the record.

19         All previously scheduled dates are vacated.  Dispositional papers shall be filed no

20   later than November 10, 2012.

21   DATED: October 10, 2012

22                          /s/ Gregory G. Hollows
                      UNITED STATES MAGISTRATE JUDGE
23

24

25

26

1