**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Robindeep S. Basra, SBN 273499
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 (telephone)
(916) 927-3706 (facsimile)

**Attorneys for Defendant:** 27th DISTRICT AGRICULTURAL ASSOCIATION aka SHASTA DISTRICT FAIR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL SCHROEDER, | Case No. 2:12-CV-00332-MCE |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO Fed. R. Civ. P. 41 (a) (1)** |
| v. | |
| 27th DISTRICT AGRICULTURAL ASSOCIATION aka SHASTA DISTRICT FAIR; and DOES 1 through 10, inclusive | |
| Defendants. | |

IT IS HEREBY ORDERED and adjudged that this matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and that each party shall bear their own costs and fees, including attorney's fees.

Dated: November 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE